# Order

Michigan Supreme Court
Lansing, Michigan

October 5, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151983-8

DAVID SINCLAIR,
   Plaintiff-Appellee,

v

CITY OF GROSSE POINTE FARMS,
   Defendant-Appellant,
and

DETROIT WATER AND SEWERAGE
DEPARTMENT,
   Third-Party Defendant.

SC: 151983
COA: 319317
Wayne CC: 11-011115-NZ

_____/

GLORIE STONISCH, JORGE STONISCH,
ZENON KOSSACK, EUGENIA KOSSACK,
MICHELENE LEPCYK, and JAMES LEPCZYK,
   Plaintiffs-Appellees,

v

CITY OF GROSSE POINTE FARMS,
   Defendant-Appellant.

SC: 151984
COA: 319318
Wayne CC: 13-007152-NZ

_____/

KAREN ALLISON *et al.*,
   Plaintiffs-Appellees,

v

CITY OF GROSSE POINTE FARMS,
   Defendant-Appellant.

SC: 151985
COA: 319319
Wayne CC: 13-007151-NZ

_____/

EDWARD ABRAHAM, *et al.*,
        Plaintiffs-Appellees,

v

CITY OF GROSSE POINTE FARMS,
        Defendant-Appellant.

SC: 151986
COA: 319368
Wayne CC: 13-007154-NZ

_____/

LAWRENCE BOURBEAU, MARY
BOURBEAU, CLARINDA RAY, RICHARD
RAY, GLORIE STONISCH, and JORGE
STONISCH,
        Plaintiffs-Appellees,

v

CITY OF GROSSE POINTE FARMS,
        Defendant-Appellant.

SC: 151987
COA: 319370
Wayne CC: 13-007156-NZ

_____/

LAWRENCE CHOLODY, TARA CHOLODY,
VICTOR KOPPANG, and MARY KOPPANG,
        Plaintiffs-Appellees,

v

CITY OF GROSSE POINTE FARMS,
        Defendant-Appellant.

SC: 151988
COA: 319371
Wayne CC: 11-015209-NZ

_____/

On order of the Court, the application for leave to appeal the June 4, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016



Clerk

t0928